UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **MICHAEL RAY LLOYD** | * | CIVIL ACTION NO. 15-1651<br>Section P |
| **VERSUS** | * | JUDGE ROBERT G. JAMES |
| **JOSEPH CAIN, ET AL.** | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, and DECREED** that Defendants' Motion for Summary Judgment [Doc. No. 24] is GRANTED, and Plaintiff's remaining claims against Defendants Deputy Jim Cerda and Nurse Kinard are hereby DISMISSED WITHOUT PREJUDICE.

MONROE, LOUISIANA, this 19th day of May, 2016.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE